DECEMBER 20, 1971

No. 70–315.  RESOLUTE INSURANCE CO. ET AL. *v.* SEVENTH JUDICIAL DISTRICT COURT OF OKLAHOMA COUNTY ET AL.  Affirmed on appeal from D. C. W. D. Okla. ■

No. 71–425.  COIT ET AL. *v.* GREEN ET AL.  Affirmed on appeal from D. C. D. C.

No. 71–296.  FIRST MERCANTILE CONSUMER DISCOUNT CO. ET AL. *v.* HENRY ET AL.  Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question.  MR. JUSTICE BRENNAN and MR. JUSTICE STEWART are of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 71–329.  CORSETTI, DBA DICK'S MARKET *v.* DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL.  Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question.

No. 71–5379.  HEIDEL *v.* ARIZONA STATE DEPARTMENT OF PUBLIC WELFARE ET AL.  Appeal from Sup. Ct. Ariz. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.  MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that probable jurisdiction should be noted and case set for oral argument.